February 14, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

KENNETH EARL BRUNSON, Appellant

NO. 14-12-00051-CR

NO. 14-12-00052-CR                                   V.

THE STATE OF TEXAS, Appellee

_____

This court today issued a substitute opinion.  We order this court's former judgment of January 15, 2013, vacated, set aside, and annulled.  We further order this court's opinion of January 15, 2013, withdrawn.  We deny the motion for rehearing filed by appellant, Kenneth Earl Brunson.

This cause was heard on the transcript of the record of the court below. Having considered the record, this Court holds that there was no error in the judgment. The Court orders the judgment **AFFIRMED**.

We further order appellant pay all costs expended in the appeal.

We further order this decision certified below for observance.